**Cahoo et al. v. SAS Analytics, Inc. et al., Civil Action No. 17-10657**

## INDEX OF EXHIBITS AND UNREPORTED CASES
### to Defendant FAST Enterprises' Motion to Dismiss

| Exhibit | Document Description | |
|---------|------|------|
| A | Conferral email chain, dated May 20-22, 2017, between Erik Stidham and Kevin Ernst | |
| B | Contract between State of Michigan and Fast Enterprises, LLC (excerpted) | |
| C | *Zynda v. Arwood,* 2:15-cv-11449-RHC-RSW (E.D. Mich. July 31, 2015): First Amended Complaint | |
| D | *Zynda v. Arwood,* 2:15-cv-11449-RHC-RSW (E.D. Mich. Feb. 2, 2017): Stipulated Order of Dismissal and Settlement Agreement | |
| E | *Bauserman v. Mich. Unemployment Ins. Agency,* 2015 000202-MM (Mich. Ct. Cl. Oct. 21, 2015): First Amended Class Action Complaint | |
| F | Compilation of Unreported Cases: | |
| | F1 | *Alquahwagi v. Shelby Enter., Inc.*, 2015 WL 4944341, at *2 (E.D. Mich. Aug. 19, 2015) |
| | F2 | *Baumkel v. Scotts Miracle-Gro Co.*, 2009 WL 3190477, at *7 (E.D. Mich. Sept. 28, 2009) |
| | F3 | *Laethem Equip. Co. v. Deere & Co.*, 485 F. App'x 39, 44 (6th Cir. 2012) |
| | F4 | *McKay v. Federspiel*, 2014 WL 1400091, at *8 (E.D. Mich. Apr. 10, 2014) |
| | F5 | *Morgan v. City of Columbus*, 1993 WL 389954, at *6 (6th Cir. 1993) |
| | F6 | *Nationwide Prop. & Cas. Ins. Co. v. Bissell Homecare, Inc.*, 2014 WL 3973300, at *2-3 (Mich. Ct. App. Aug. 14, 2014) |
| | F7 | *Storey v. Attends Healthcare Prods. Inc.*, 2016 WL 3125210, at *6-7 (E.D. Mich. June 3, 2016) |
| | F8 | *Wood v. Detroit Mem'l Park Ass'n, Inc.*, 2001 WL 1654940, at *2 (Mich. Ct. App. Dec. 21, 2001) |

9873101_1

9874082_1