# EXHIBIT B

Form No. DMB 234 (Rev. 1/98)
AUTHORITY: Act 431 of 1984
COMPLETION: Required
PENALTY: Contract will not be executed unless form is filed

**STATE OF MICHIGAN**
**DEPARTMENT OF TECHNOLOGY, MANAGEMENT AND BUDGET**
**PURCHASING OPERATIONS**
**P.O. BOX 30026, LANSING, MI 48909**
OR
**530 W. ALLEGAN, LANSING, MI 48933**

## CONTRACT NO.   071B1300367
### between
### THE STATE OF MICHIGAN
and

| NAME & ADDRESS OF CONTRACTOR | | TELEPHONE (208) 890-6598 |
|---|---|---|
| **Fast Enterprises, LLC.** | | **James G. Harrison** |
| **6400 S. Fiddler's Green Circle, Suite 1500** | | CONTRACTOR NUMBER/MAIL CODE |
| **Greenwood Village, CO  80111** | | **(2) 13-3958609 (000)** |
| | | BUYER/CA   (517) 373-3993 |
| | Email: jgh@gentax.com | **Joe Kelly** |

| Contract Compliance Inspector:  Kirt Berwald |
|---|
| **Unemployment Insurance Agency – Integrated System Project (UIA-IS)** |
| **Design, Configuration and Implementation (DDI)** |

| CONTRACT PERIOD: | From: **August 29, 2011**   To: **August 28, 2016** |
|---|---|
| TERMS | SHIPMENT |
| **N/A** | **N/A** |
| F.O.B. | SHIPPED FROM |
| **N/A** | **N/A** |

| ALTERNATE PAYMENT OPTIONS: | | |
|---|---|---|
| ☐  P-card | ☐   Direct Voucher (DV) | ☐   Other |

| MINIMUM DELIVERY REQUIREMENTS |
|---|
| **N/A** |

MISCELLANEOUS INFORMATION:
**The terms and conditions of this Contract are those of ITB #07I1300012, this Contract Agreement and the vendor's quote.  In the event of any conflicts between the specifications, and terms and conditions, indicated by the State and those indicated by the vendor, those of the State take precedence.**

**Estimated Contract Value:     $47,026,150.00**

**THIS IS NOT AN ORDER:  This Contract Agreement is awarded on the basis of our inquiry bearing the ITB No. 07I1300012.  Orders for delivery will be issued directly by the Department of Technology Management and Budget through the issuance of a Purchase Order Form.**

**All terms and conditions of the invitation to bid are made a part hereof.**

| FOR THE CONTRACTOR: | FOR THE STATE: |
|---|---|
| Fast Enterprises, LLC | |
| Firm Name | Signature |
| Authorized Agent Signature | Jeff Brownlee, Chief Procurement Officer |
| James G. Harrison | Name/Title |
| Authorized Agent (Print or Type) | DTMB Purchasing Operations |
| 12 - Aug - 2011 | Division |
| Date | 8/24/11 |
| | Date |



**CONTRACT #071IB1300367**

must begin when Contractor has delivered the Custom Software Deliverable to the State accompanied by the certification required by this Section and the State's inspection of the Deliverable has confirmed that all components of it have been delivered.

The State's UAT must consist of executing test scripts from the proposed testing submitted by Contractor, but may also include any additional testing deemed appropriate by the State. If the State determines during the UAT that the Custom Software Deliverable contains any deficiencies, the State must notify Contractor of the deficiency by making an entry in an incident reporting system available to both Contractor and the State. Contractor must modify promptly the Custom Software Deliverable to correct the reported deficiencies, conduct appropriate System Testing (including, where applicable, Regression Testing) to confirm the proper correction of the deficiencies and re-deliver the corrected version to the State for re-testing in UAT. Contractor must coordinate the re-delivery of corrected versions of Custom Software Deliverables with the State so as not to disrupt the State's UAT process. The State must promptly re-test the corrected version of the Software Deliverable after receiving it from Contractor.

Within three (3) business days after the end of the State Review Period, the State must give Contractor a written notice indicating the State's approval or rejection of the Custom Software Deliverable according to the criteria and process set out in this Section.

### 2.256   FINAL ACCEPTANCE
"Final Acceptance" for each rollout shall be considered to occur when the UIA-IS has been operating in production without any material deficiency for thirty (30) consecutive days. The State in its sole discretion shall determine if and when to approve moving the UIA-IS to production for each rollout.

## 2.260 OWNERSHIP

### 2.261   OWNERSHIP OF WORK PRODUCT BY STATE
The State owns all Deliverables created for the sole use of the State, as they are work made for hire by the Contractor for the State. The State owns all United States and international copyrights, trademarks, patents or other proprietary rights in such Deliverables.

### 2.262   VESTING OF RIGHTS
With the sole exception of any preexisting licensed works identified in the SOW and any GenTax information identified in the SOW, the Contractor assigns, and upon creation of each Deliverable automatically assigns, to the State, ownership of all United States and international copyrights, trademarks, patents, or other proprietary rights in each and every Deliverable, whether or not registered by the Contractor, insofar as any the Deliverable, by operation of law, may not be considered work made for hire by the Contractor for the State. From time to time upon the State's request, the Contractor shall confirm the assignment by execution and delivery of the assignments, confirmations of assignment, or other written instruments as the State may request. The State may obtain and hold in its own name all copyright, trademark, and patent registrations and other evidence of rights that may be available for Deliverables.

### 2.263   RIGHTS IN DATA
The State is the owner of all data made available by the State to the Contractor or its agents, Subcontractors or representatives under the Contract. The Contractor must not use the State's data for any purpose other than providing the Services, nor must any part of the State's data be disclosed, sold, assigned, leased or otherwise disposed of to the general public or to specific third parties or commercially exploited by or on behalf of the Contractor. No employees of the Contractor, other than those on a strictly need-to-know basis, have access to the State's data. Contractor must not possess or assert any lien or other right against the State's data. Without limiting the generality of this Section, the Contractor must only use personally identifiable information as strictly necessary to provide the Services and must disclose the information only to its employees who have a strict need-to-know the information. The Contractor must comply at all times with all laws and regulations applicable to the personally identifiable information.

The State is the owner of all State-specific data under the Contract. The State may use the data provided by the Contractor for any purpose. The State must not possess or assert any lien or other right against the



**CONTRACT #071IB1300367**

**2.322 CROSS-LICENSE, DELIVERABLES AND DERIVATIVE WORK, LICENSE TO CONTRACTOR**

The State grants to the Contractor, the royalty-free, world-wide, non-exclusive right and license under any Deliverable and/or Derivative Work now or in the future owned by the State, or with respect to which the State has a right to grant such rights or licenses, to the extent required by the Contractor to market the Deliverables and/or Derivative Work and exercise its full rights in the Deliverables and/or Derivative Work, including, without limitation, the right to make, use and sell products and services based on or incorporating such Deliverables and/or Derivative Work.

**2.323 LICENSE BACK TO THE STATE**

Unless otherwise specifically agreed to by the State, before initiating the preparation of any Deliverable that is a Derivative of a preexisting work, the Contractor shall cause the State to have and obtain the irrevocable, nonexclusive, worldwide, royalty-free right and license to (1) use, execute, reproduce, display, perform, distribute internally or externally, and prepare Derivative Works based upon all preexisting works and Derivative Works thereof, and (2) authorize or sublicense others from time to time to do any or all of the foregoing.

**2.324 LICENSE RETAINED BY CONTRACTOR**

Contractor grants to the State a non-exclusive, royalty-free, site-wide, irrevocable, limited transferable license to use the Software and related documentation according to the terms and conditions of this Contract. For the purposes of this license, "site-wide" includes any State of Michigan office regardless of its physical location. The limited transfer rights will allow the State to transfer the license to other State of Michigan agencies for purposes of administering the unemployment insurance functions that are the subject of this contract.

The State may modify the Software and may combine such with other programs or materials to form a derivative work. The State must own and hold all copyright, trademarks, patent and other intellectual property rights in any derivative work created for the state's sole use, excluding any rights or interest in Software other than those granted in this Contract.

The State may copy each item of Software to multiple hard drives or networks unless otherwise agreed by the parties.

The State must make and maintain no more than one archival copy of each item of Software, and each copy must contain all legends and notices and must be subject to the same conditions and restrictions as the original. The State may also make copies of the Software in the course of routine backups of hard drive(s) for the purpose of recovery of hard drive contents.

In the event that the Contractor shall, for any reason, cease to conduct business, or cease to support the Software, the State shall have the right to convert these licenses into perpetual licenses, with rights of quiet enjoyment, but subject to payment obligations not to exceed the then current rates.

**2.325 PRE-EXISTING MATERIALS FOR CUSTOM SOFTWARE DELIVERABLES**

Neither Contractor nor any of its Subcontractors shall incorporate any preexisting materials (including Standard Software) into Custom Software Deliverables or use any pre-existing materials to produce Custom Software Deliverables if such pre-existing materials must be needed by the State in order to use the Custom Software Deliverables unless (i) such pre-existing materials and their owners are identified to the State in writing and (ii) such pre-existing materials are either readily commercially available products for which Contractor or its Subcontractor, as the case may be, has obtained a license (in form and substance approved by the State) in the name of the State, or are materials that Contractor or its subcontractor, as the case may be, has the right to license to the State and has licensed to the State on terms and conditions approved by the State prior to using such pre-existing materials to perform the Services.

121