UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JO CAHOO, KRISTEN MENDYK,
and KHADIJA COLE, individually and
on behalf of similarly situated persons,

      Plaintiffs,

Civil Action No. 17-10657

Hon. David M. Larson

-vs-

SAS ANALYTICS INC.,
FAST ENTERPRISES, LLC, and
CSG GOVERNMENT SOLUTIONS,

Defendants.

## STIPULATION TO AMEND CASE CAPTION AND TERMINATE SAS ANALYTICS INC FROM THE CAPTION

The Parties hereby stipulate to amend the Case Caption as follows:

PATTI JO CAHOO, KRISTEN MENDYK,
and KHADIJA COLE, HYON PAK, and
MICHELLE DAVISON,
individually and on behalf of
similarly situated persons,

      Plaintiffs,

Civil Action No. 17-10657

Hon. David M. Larson

-vs-

SAS INSTITUTE INC.,
FAST ENTERPRISES, LLC,
CSG GOVERNMENT SOLUTIONS,
STEVE GESKEY in his individual capacity,
SHEMIN BLUDELL, in her individual capacity,
DORRIS MITCHELL, in her individual capacity,
DEBRA SINGLETON, in her individual capacity,
JULIE A. McMURTRY, in her individual capacity,
SHARON MOFFET-MASSEY, in her individual capacity,

1

CLAYTON TIERNEY, in his individual capacity,
ANDREW PHILLIPS, in his individual capacity,
JEREMY GRAGG, in his individual capacity,
JENNIFER TUVELL, in her individual capacity,
KRISTEN ARAKI-TOKUSHIGE, in her individual capacity,
MIKE PATTERSON, in his individual capacity,
ALLISON FORGIE-MCCLURG, in her individual capacity,
RICHARD STATEN, in his individual capacity,
REBECCA ROSIER, in her individual capacity,
DANA ROWE, in her individual capacity,
TIM PALMER, in his individual capacity,
STEVEN GOODHALL, in his individual capacity, and
PAUL PLUTA, in his individual capacity

jointly and severally

                              Defendants.

IT IS so Stipulated by the Partys.

| | |
|---|---|
| **/s/ Kevin Ernst**<br>Kevin Ernst<br>Ernst & Marko Law, PLC<br>645 Griswold St., Suite 4100<br>Detroit, MI 48226<br>P: 313-965-5555<br>F: 313-965-5556<br>kevin@ernstmarkolaw.com<br>Attorney for Plaintiffs | **/s/ Craig Hilborn (w/ consent)**<br>Craig E. Hilborn<br>Hilborn & Hilborn<br>999 Haynes, Suite 205<br>Birmingham, MI 48009<br>P: 248-642-8350<br>craig@hillbornlaw.com<br>Attorney for Plaintiffs |
| **/s/ Erik Stidham (w/consent)**<br>Erik F. Stidham<br>Holland & Hart LLP<br>800 W. Main St., Suite 1750<br>Boise, ID 83702<br>P: 208-383-3934<br>F: 208-343-886<br>efstidham@hollandhart.com<br>Attorney for Fast Enterprises, LLC | **/s/ Craig Stewart (w/consent)**<br>Craig E. Stewart<br>Holland & Hart LLP<br>555 17th St., Suite 3200<br>Denver, CO 80202<br>P: 303-295-8478<br>F: 303-713-6307<br>cstewart@hollandhart.com<br>Attorney for Fast Enterprises, LLC |
| **/s/ Stephen Rosenfeld (w/consent)**<br>Stephen J. Rosenfeld<br>Mandell Menkes LLC<br>1 N. Franklin, Suite 3600<br>Chicago, IL 60606<br>P: 312-251-1000<br>srosenfeld@mandellmenkes.com<br>Attorney for CSG Government Solutions | |

Dated July 21, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I served the foregoing paper to the above listed attorneys of record via email and served on the United States Eastern District via Pacer/CMF.

**/s/ Katie L. Williams**
Katie L. Williams

3