UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JO CAHOO, KRISTEN
MENDYK, KHADIJA COLE, HYON
PAK, and MICHELLE DAVISON,

          Plaintiffs,

v.

          Case Number 17-10657
          Honorable David M. Lawson

SAS ANALYTICS INC., FAST
ENTERPRISES LLC, CSG
GOVERNMENT SOLUTIONS,
STEVEN GESKEY, SHEMIN BLUDELL,
DORRIS MITCHELL, DEBRA
SINGLETON, JULIE A. McMURTRY,
SHARON MOFFET-MASSEY, CLAYTON
TIERNEY, ANDREW PHILLIPS, JEREMY
GRAGG, JENNIFER TRUVEL, KRISTEN
ARAKI-TOKUSHIGE, MIKE PATTERSON,
ALLISON FORGIE-McCLURG, RICHARD
STATEN, REBECCA ROSIER, DANA ROWE,
TIM PALMER, STEVEN GOODHALL,
and PLUTA PAUL,

          Defendants.
_____/

## ORDER AMENDING CAPTION

    Based on the stipulation of the parties [dkt. #45],

    It is hereby **ORDERED** that the Clerk **AMEND** the caption of this case to identify defendant "SAS Analytics Inc." as "SAS Institute Inc."

                                   s/David M. Lawson
                                   DAVID M. LAWSON
                                   United States District Judge

Dated: July 26, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 26, 2017.

                                        s/Susan Pinkowski
                                        SUSAN PINKOWSKI