UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JO CAHOO, KRISTEN MENDYK,
and KHADIJA COLE, HYON PAK, and
MICHELLE DAVISON,
individually and on behalf of
similarly situated persons,

Plaintiffs,

Civil Action No. 17-10657

Hon. David M. Lawson

-vs-

SAS INSTITUTE INC.,
FAST ENTERPRISES, LLC,
CSG GOVERNMENT SOLUTIONS,
STEVE GESKEY in his individual capacity,
SHEMIN BLUDELL, in her individual capacity,
DORRIS MITCHELL, in her individual capacity,
DEBRA SINGLETON, in her individual capacity,
JULIE A. McMURTRY, in her individual capacity,
SHARON MOFFET-MASSEY, in her individual capacity,
CLAYTON TIERNEY, in his individual capacity,
ANDREW PHILLIPS, in his individual capacity,
JEREMY GRAGG, in his individual capacity,
JENNIFER TUVELL, in her individual capacity,
KRISTEN ARAKI-TOKUSHIGE, in her individual capacity,
MIKE PATTERSON, in his individual capacity,
ALLISON FORGIE-MCCLURG, in her individual capacity,
RICHARD STATEN, in his individual capacity,
REBECCA ROSIER, in her individual capacity,
DANA ROWE, in her individual capacity,
TIM PALMER, in his individual capacity,
STEVEN GOODHALL, in his individual capacity, and
PAUL PLUTA, in his individual capacity
jointly and severally

**PLAINTIFFS RESPONSE TO DEFENDANT CSG GOVERNMENT SOLUTIONS MOTION TO DISMISS AMENDED COMPLAINT**

Defendants.

| | |
|---|---|
| Jonathan R. Marko (P72450)<br>Marko Law, PLC<br>*Attorney for Plaintiffs*<br>645 Griswold, Suite 4100<br>Detroit, MI 48226-4209<br>P: 313-965-5555 F: 313-965-5556<br>jon@ernstmarkolaw.com<br><br>Craig E. Hilborn<br>Hilborn & Hilborn<br>*Attorney for Plaintiffs*<br>999 Haynes, Suite 205<br>Birmingham, MI 48009<br>248-642-8350<br>Craig@hilbornlaw.com | Stephanie A. Douglas (P70272)<br>Susan M. McKeever (P73533)<br>Bush, Seyforth & Paige PLLC<br>*Attorneys for Defendant SAS Institute Inc.*<br>3001 W. Big Beaver Rd., Suite 600<br>Troy, MI 48084-3107<br>Phone: 248.822.7800<br>Fax: 248.822.7852<br>douglas@bsplaw.com<br>Mckeever@bsplaw.com |
| John C. Philo<br>Sugar Law Center<br>*Attorney for Plaintiff*<br>4605 Cass Avenue<br>Detroit, MI 48201<br>P: 313-993-4505 F: 313-887-8470<br>johnphilo1@comcast.net<br><br>Gregory I. Thomas<br>Thomas, DeGrood,<br>*Attorney for Defendant FAST*<br>400 Galleria Officentre, Suite 550<br>Southfield, MI 48034<br>248-353-4450<br>248-353-4451 (fax)<br>gthomas@thomasdegrood.com | Craig Stewart P.C.<br>Holland & Hart LLP<br>*Attorneys for Defendant FAST*<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>Phone: 303.295.8478<br>Fax: 303.295.8261<br>cstewart@hollandhart.com<br><br>Walter J. Piszczatowski<br>Hertz, Schram, (Bloomfield Hills)<br>*Attorney for Defendant FAST ENT.*<br>1760 S. Telegraph Rd., Suite 300<br>Bloomfield Hills, MI 48302-0183<br>248-335-5000<br>wallyp@hertzschram.com |
| Andrew M. Harris<br>Kitch, Drutchas, Wagner, Valitutti & Sherbrook<br>One Woodward Ave.,<br>Detroit, MI 58226<br>313-965-7991/313-965-7403<br>andrew.harris@kitch.com<br>*Attorney for Defendant CSG Government Solutions* | Stephen J. Rosenfeld<br>Mandell Menkes LLC<br>1 N. Franklin, Suite 3600<br>Chicago, IL 60606<br>312-251-1000/312-251-1010<br>srosenfeld@mandellmenkes.com<br>*Attorney for Defendent CSG Government Solutions* |

## NOTICE OF DISQUALIFICATION OF PLAINTIFF'S COUNSEL KEVIN ERNST

Effective September 5, 2017, Kevin Ernst's license to practice law in Michigan was suspended on an interim basis for a personal problem unrelated to the practice of law. This notice is being filed in compliance with MCR 9.119(B) to give notice that he is disqualified from continuing to appear as counsel for the client as of that date until notice of reinstatement is given.

/s/ Jonathan R. Marko

Jonathan R. Marko (P72450)
Attorney for Plaintiff
MARKO LAW, PLC
645 Griswold Street, Suite 4100
Detroit, Michigan 48226
Phone: 313.965.5555
Fax:    313.965.5556
Email: jon@ernstmarkolaw.com

Date: September 11, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017 I presented the foregoing paper to this Court which will send notification of such filing to the above listed attorneys of record.

/s/ Marissa A. Williams

3