# CAHOO V. SAS INSTITUTE, INC. (17-10657)
# INDEX OF EXHIBITS
# TO SAS INSTITUTE INC. AND ANDREW PHILLIPS'
# MOTION FOR SANCTIONS

| EXHIBIT CATGORIES |||
|---|---|---|
| **A – Zynda** | **B – Bauserman** | **C – Other Public** |
| **D – Douglas Declaration** || **E – Unpublished Opinions** |

| A - Filings from *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) ||||
|---|---|---|---|
| **EXHIBIT** | **DATE** | **DESCRIPTION** | **DKT./PUBLIC RECORD LOCATION** |
| A-1 | 04/21/2015 | *Zynda* Complaint | Doc. 1, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |
| A-2 | 07/31/2015 | *Zynda* Amended Complaint | Doc. 13, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |
| A-3 | | Mich. Dep't of Technology, Management & Budget, *Unemployment Insurance Agency Overpayment Recovery* | Doc. 17-10, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) <br> https://www.michigan.gov/documents/dtmb/Unemployment_Insurance_Agency_Overpayment_Recovery_461705_7.pdf |

| A - Filings from *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |||| 
|---|---|---|---|
| EXHIBIT | DATE | DESCRIPTION | DKT./PUBLIC RECORD LOCATION |
| A-4 | | James McFarlane, Mich. Dep't Tech., Mgmt., & Budget, *Nomination: Michigan Integrated Data Automated Systems & Unemployment Insurance Modernization Project* | Doc. 17-11, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) https://www.nascio.org/portals/0/awards/nominations2014/2014/2014MI7-NASCIO%20Nomination%20-%20Michigan%20Integrated%20Data%20Automated%20System%20(MiDAS)%20&%20Unemployment%20Insurance%20Modernization%20Project3.pdf |
| A-5 | 11/20/2015 | Defs.' Brief i/s/o Mot. to Dismiss | Doc. 23, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |
| A-6 | 11/19/2015 | Affidavit of Teresa Burns, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich. filed Nov. 20, 2015), Doc. 23-1 | Doc. 23-1, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |
| A-7 | 02/05/2016 | Mich. Office of the Auditor General, *Performance Audit Report: MiDAS* (Feb. 2016) | Doc. 30-2, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) http://www.audgen.michigan.gov/finalpdfs/15_16/r641059315.pdf |

| A - Filings from *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) | | | |
|---|---|---|---|
| **EXHIBIT** | **DATE** | **DESCRIPTION** | **DKT./PUBLIC RECORD LOCATION** |
| A-8 | 04/25/2016 | *Levin: Snyder Must Reimburse Those Falsely Accused of Unemployment Fraud*, 55 Gongwer News Serv., rep. 81, art. 6 (Apr. 25, 2016) | Doc. 30-4, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |
| A-9 | 06/01/2016 | Defs.' Brief i/s/o Mot. for Part. Dismissal | Doc. 33, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |
| A-10 | 05/06/2016 | Letter from S. Comai, Director, Michigan Talent Investment Agency, to the Hon. S. Levin, U.S. House of Representatives (May 6, 2016) | Doc. 39-8, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) http://levin.house.gov/sites/levin.house.gov/files/documents/Response%20from%20TED.pdf |
| A-11 | 01/11/2017 | Stipulated Order for Prelim. Inj. Relief | Doc. 50, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |
| A-12 | 02/02/2017 | Stipulated Order of Dismissal | Doc. 51, *Zynda v. State of Michigan*, No. 2:15-cv-11449 (E.D. Mich.) |

| **B - Filings from *Bauserman v. State of Michigan*, No. 15-000202-MM (Mich. Ct. Cl.)** | | | |
|---|---|---|---|
| **EXHIBIT** | **DATE** | **DESCRIPTION** | **PUBLIC RECORD LOCATION** |
| B-1 | 09/09/2015 | Complaint | *Bauserman v. State of Michigan*, No. 15-000202-MM (Mich. Ct. Cl. Sept. 9, 2015) |
| B-2 | 10/05/2015 | Affidavit of Teresa Burns (Oct. 5, 2015) | *Bauserman v. State of Michigan*, No. 15-000202-MM (Mich. Ct. Cl. Oct. 5, 2015) |
| B-3 | 10/21/2015 | Amended Complaint | *Bauserman v. State of Michigan*, No. 15-000202-MM (Mich. Ct. Cl. Oct. 21, 2015) |
| B-4 | 05/10/2016 | Opinion and Order | *Bauserman v. State of Michigan*, No. 15-000202-MM (Mich. Ct. Cl. May 10, 2016) |

| C - Other Publicly Available Documents | | | |
|---|---|---|---|
| **Exhibit** | **Date** | **Description** | **Public Record Location** |
| C-1 | 12/21/2012 | Contract Between the State of Michigan and SAS Institute, Inc., contract no. 071B3200061 (Dec. 21, 2012) and Change Notices | http://www.michigan.gov/documents/localgov/3200061_425619_7.pdf |
| C-2 | 10/2013 | Mich. UIA, *Quarterly Report: UIA Integrated System Projects* (Oct. 2013) | http://www.michigan.gov/documents/lara/Section_332__UIA_Integrated_System_Project_4th_Quarter_437675_7.pdf |
| C-3 | 01/2015 | Mich. UIA, *Quarterly Report: UIA Integrated Systems Project* (Jan. 2015) | http://www.michigan.gov/documents/lara/FY_2015_Section_702_1st_Quarter_UIA_Integrated_System_Project_Report_478304_7.pdf |
| C-4 | 04/2015 | Mich. Unemployment Insurance Agency, *Integrated System Project Quarterly Report* (April 2015) | https://www.michigan.gov/documents/lara/FY_2015_Section_702_2nd_Quarter_UIA_Integrated_System_Project_Report_487898_7.pdf |

| C - Other Publicly Available Documents | | | |
|---|---|---|---|
| **Exhibit** | **Date** | **Description** | **Public Record Location** |
| C-5 | 10/01/2015 | U.S. Dep't of Labor, *Federal Requirements to Protect Individual Rights in State Unemployment Compensation Overpayment Prevention & Recovery Procedures*, Unemployment Ins. Program Letter No. 01-16 (Oct. 1, 2015) | https://workforcesecurity.doleta.gov/dmstree/uipl/uipl2k16/uipl_0116.pdf |
| C-6 | 06/29/2016 | Mich. UIA, *Integrated System Project Quarterly Report* (June 2016) | http://www.michigan.gov/documents/tia/PA_84_of_2015_Sec_1076_Updated_Report_531170_7.pdf |
| C-7 | 02/2017 | *A Victory for the Unemployed!*, Sugar Law Center, http://www.sugarlaw.org (last visited May 31, 2017) [https://perma.cc/7R8W-55QF] | http://www.sugarlaw.org

[https://perma.cc/7R8W-55QF] |
| C-8 | 02/02/2017 | Sugar Law Center, *Facebook* (Feb. 2, 2017), https://www.facebook.com/SugarLawCenter/posts/141009 1392357149 [https://perma.cc/8TX8-RS94] | https://www.facebook.com/SugarLawCenter/posts/1410091392357149

[https://perma.cc/8TX8-RS94] |

6

| C - Other Publicly Available Documents | | | |
|---|---|---|---|
| **EXHIBIT** | **DATE** | **DESCRIPTION** | **PUBLIC RECORD LOCATION** |
| C-9 | 03/24/2017 | Complaint, *Doss v. Snyder*, No. 2017-000075-MM (Mich. Ct. Cl. Mar. 24, 2017) | |
| C-10 | 08/11/2017 | Mich. Talent Inv. Agency Press Release: *Michigan's unemployment agency completes review of fraud determination cases; comprehensive changes underway to improve customer service and operations* | http://www.michigan.gov/tia/0,5865,7-337-73444-428651--,00.html |

| \ | \ | **D - Declaration of Stephanie A. Douglas** | \ |
|---|---|---|---|
| **EXHIBIT** | **DATE** | **DESCRIPTION** | **PUBLIC RECORD LOCATION** |
| D-1 | 10/09/2017 | Declaration of Stephanie A. Douglas | |
| D-2 | 05/09/2017 | Letter from Stephanie Douglas, counsel for SAS, to Craig Hilborn et al., counsel for Plaintiffs (May 9, 2017) | |
| D-3 | | SAS Institute Inc. Brief in Support of Rule 11 Sanctions, served June 13, 2017 | |
| D-4 | | Redline of Amended Complaint (Doc. 43) against Proposed Amended Complaint (Doc. 31-1). | |

| **E – Unpublished Opinions** | | | |
|---|---|---|---|
| **EXHIBIT** | **DATE** | **DESCRIPTION** | **PUBLIC RECORD LOCATION** |
| E-1 | | *Sanford v Detroit Pub. Sch.*, No. 14-11771, 2014 WL 1922722 (E.D. Mich. May 14, 2014) | |
| E-2 | | *Kerans v Porter Paint Co.,* 866 F.2d 431, 1989 WL 5770 (6th Cir. 1989) | |
| E-3 | | *FDIC v Project Dev. Corp.,* 819 F.2d 289, 1987 WL 37488 (6th Cir. 1987) | |