# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 29, 2018

Ms. Stephanie Douglas
Mr. Jason D. Hawkins
Mr. Jonathan Robert Marko
Ms. Emily A. McDonough
Ms. Susan McNeill McKeever
Mr. Anthony Dietrich Paris
Mr. John C. Philo
Mr. Walter J. Piszczatowski
Mr. Stephen J. Rosenfeld
Mr. Erik F. Stidham
Ms. Debbie K. Taylor

Re: Case No. 18-1295/18-1296, *Patti Cahoo, et al v. SAS Analytics Inc., et al*
Originating Case No. : 2:17-cv-10657

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jennifer Earl
on behalf of Roy Ford, Case Manager
Direct Dial No. 513-564-7016

cc: Mr. David J. Weaver

Enclosure

Case No. 18-1295/18-1296

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

PATTI JO CAHOO, an individual; KRISTEN MENDYK, an Individual; KHADIJA COLE, an Individual and on behalf of similarly situated; HYON PAK; MICHELLE DAVISON

    Plaintiffs - Appellees

v.

SAS ANALYTICS INC.

    Defendant

 and

JULIE A. MCMURTRY

    Defendant - Appellant

Upon consideration of the joint motion to file an amicus brief on behalf of CSG Government Solutions, Fast Enterprises, LLC and SAS Institute Inc., and leave to participate in oral argument,

It is **ORDERED** that the motion be, and it hereby is, **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: August 29, 2018