UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JO CAHOO, KRISTEN MENDYK,
KHADIJA COLE, HYON PAK, and
MICHELLE DAVISON,

        Plaintiffs,

v.

SAS INSTITUTE INC., FAST
ENTERPRISES LLC, CSG GOVERNMENT
SOLUTIONS, STEPHEN GESKEY,
SHEMIN BLUNDELL, DORIS MITCHELL,
DEBRA SINGLETON, JULIE A.
McMURTRY, and SHARON
MOFFET-MASSEY,

        Defendants.

        Case Number 17-10657
        Honorable David M. Lawson

_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO QUASH SUBPOENA

This matter is before the Court on another motion filed by non-party Michigan Unemployment Insurance Agency (UIA) to limit discovery in this case, this time to quash the plaintiffs' subpoena requesting the production of documents from and deposition of the agency's director, Steve Gray. The Court reviewed the parties' submissions and heard oral argument on February 12, 2020. At the hearing, the Court announced from the bench its decision to grant in part and deny in part the UIA's motion.

Accordingly, it is **ORDERED** that the UIA's motion to quash the plaintiffs' subpoena (ECF No. 237) is **GRANTED IN PART** and **DENIED IN PART** for the reasons stated on the record.

It is further **ORDERED** that the subpoena is limited to documents in Gray's actual possession, custody, and control, covering the period beginning in October, 2013 and continuing only until he became the director of the UIA.

It is further **ORDERED** that the deposition of Gray may not extend beyond five hours.

It is further **ORDERED** that the subject matter of Gray's deposition is limited to his activity relevant to the issues in this case before he became the director of the UIA.

It is further **ORDERED** that the plaintiffs may submit 25 written questions (including subparts) concerning Gray's activity since becoming the director of the UIA, focusing on information that has not been furnished by others.

It is further **ORDERED** that the plaintiffs must further limit the discovery requests in their subpoena by (1) eliminating open ended requests for information; and (2) restricting the requests to information concerning the disputes framed by the pleadings in this case.

It is further **ORDERED** that the motion is **DENIED** in all other respects.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date:   February 13, 2020

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 13, 2020.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI