**Cahoo et al. v. SAS Analytics, Inc. et al., (Case No. 17-10657)**

**INDEX OF EXHIBITS**
**to Fast Enterprises, LLC's Motion to Dismiss**

| Exhibit | Document Description – Unpublished Opinions |
|---------|---------------------------------------------|
| 1 | Flynn v. Lincoln Park |
| 2 | Turaani v. Wray |
| 3 | Darby v Pilot |
| 4 | Saut Ste. v US |
| **Exhibit** | **Document Description** |
|  | Declaration of Erik Stidham |
| A | Excerpts of Deposition of Sharon Moffett-Massey |
| B | Excerpts of Deposition of Kristine Kratz |
| C | Deposition Exhibit 155 (House Bill 4408) |
| D | Deposition Exhibit 154 (2011 Audit Report) |
| E | Excerpts of Deposition of Hyon PAk |
| F | Excerpts of Deposition of Clayton Tierney |
| G | Excerpts of Deposition of Mandy Brickel |
| H | Excerpts of Deposition of Katherine Potter |
| I | Excerpts of Deposition of Kevin Smith |
| J | Excerpts of Deposition of Shemin Blundell |

| K | Deposition Exhibit 11 (Mendyk Claim File Excerpt) |
| L | Hearing Transcript dated November 29, 2017 |
| M | Excerpts of Deposition of Stephen Geskey |
| N | Deposition Exhibit 117 (UIA Decision Tree Example) |
| O | Deposition Exhibit 32 (Excerpt of Cahoo Claim File) |
| P | Excerpts of Deposition Exhibit 111-A (pp. 713, 734, 784) (Cole Claim File) |
| Q | Excerpts from the Deposition Transcript of Patti Jo Cahoo |
| R | Deposition Exhibit 18-1 (p. 73) (Pak Claim File) |
| S | Deposition Exhibit 18-2 (p. 784, 883, 980, 1067, 1162) (Pak Claim File) |
| T | Deposition Exhibit 18-3 (Pak Claim File Excerpts) |
| U | Excerpts to the Deposition of Jessica Hart |
| U | Deposition Exhibit 33 (Patti Jo Cahoo's Bankruptcy Petition) |
| V | Deposition Exhibit 44 (Davison Claim File Excerpt) |
| W | Excerpts from the Deposition Transcript of Khadija Cole |
| X | Excerpts from the Deposition Transcript of Michelle Davison |
| Y | Excerpts from the Deposition of Kristin Mendyk |

14652509_v1