# EXHIBIT O



MiDAS - Case: 00-002-389-126                                                                                                    Page 1 of 1



https://midas.ngds.state.mi.us/mip/web.fastui/QHMqkXQj/                                                                         10/2/2019

**11/6/19**                                              **Cahoo**                                                    **000001**