UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JOE CAHOO, KRYSTEN
MENDYK, KHADIJA COLE, HYON
PAK and MICHELLE DAVISON,

    Plaintiffs,

v.

FAST ENTERPRISES, LLC, CSG
GOVERNMENT SOLUTIONS,
STEVEN GESKEY, SHEMIM
BLUDELL, DORRIS MITCHELL,
DEBRA SINGLETON, SHARON
MOFFET-MASSEY, SAS INSTITUTE,
INC., and MICHIGAN DEPT. OF
TECHNOLOGY AND BUDGET,

    Defendants.
                                      /

No. 17-10657

District Judge David M. Lawson
Magistrate Judge R. Steven Whalen

**OPINION AND ORDER**

For the reasons and under the terms stated on the record on July 21, 2020, Defendant Sharon Moffett-Massey's Motion to Compel Full and Complete Responses and Answers, Without Objection, to her August 9, 2019 Discovery Requests [ECF No. 344] is GRANTED.

Plaintiffs will produce responses to Defendant's Request for Production of Documents No. 6 and Interrogatory No. 1 within 14 days of the date of this Order.

IT IS SO ORDERED.

                                         s/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         United States Magistrate Judge

Dated: July 21, 2020

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was sent to parties of record on July 21, 2020 electronically and/or by U.S. mail.

                              s/Carolyn M. Ciesla
                              Case Manager