PLAINTIFFS' RESPONSE TO DEFENDANT CSG'S
MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 3



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

## Requirement Session MINUTES

| Team / Sub-Function area: | Team 2 – Benefits 5 – Non-Monetary Determination | | |
|---|---|---|---|
| Date: | April 1, 2010 | Time: | 1:00 – 4:00 pm |
| Date: | April 6, 2010 | Time: | 1:00 – 4:00 pm |
| Date: | April 8, 2010 | Time: | 1:00 – 4:00 pm |
| Date: | April 13, 2010 | Time: | 1:00 – 4:00 pm |
| Date: | April 15, 2010 | Time: | 1:00 – 4:00 pm |
| Date: | April 20, 2010 | Time: | 1:00 – 4:00 pm |
| Date: | April 22, 2010 | Time: | 1:00 – 4:00 pm |
| Date: | April 26, 2010 | Time: | 1:00 – 4:00 pm |

### Meeting Participants

| CSG BA: | | State of Michigan BA: | |
|---|---|---|---|
| David Hamermesh | | Jocelyn Clarke | |
| Required (R) and Optional (O) Attendees: (P=present, A=absent, S=substitute) | | | |
| Attendance | Name | Attendance | Name |
| | Sue Easton | | Kristine Sparks |
| | Linda Nadon | | Carol Dixon |
| | Penny Adkins | | Mary Jo Kaminski |
| | Carrie Dillon | | Margaret Evans |
| | Joyce Surprenant | | Laurie Patrick |
| | Shirley Sutton | | |

### Requirement Status:

| Item # | ID | Description | Comment: |
|---|---|---|---|
| 1. | 1 | The system must have the ability to open issues outside of the claims filing and certification processes. | Complete |

©2020 CSG    All rights reserved, and subject to any and all contractual restrictions.    



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

**Requirement Status:**

| # | | Requirement | Status |
|---|---|---|---|
| 2. | 2 | The system must identify the program type when an issue is opened. | Complete |
| 3. | 3 | The system must collect information related to the opening of an issue based on the Fact Finding code and business rules. This information includes the following for separation issues: Issue ID date, SSN, Employer (employer attached issues), separating circumstances, separation date, etc. For non-separation issues: Issue ID date, SSN, effective and end date of issue, etc. | Complete |
| 4. | 4 | The system must determine the issue and circumstance based on information collected on the issue. (e.g., if issue code is 'Misconduct', user must be able to indicate the circumstance such as poor performance or violation of company policy). | Complete |
| 5. | 6 | The system must have the ability to use business rules to determine the adjudication level for newly opened issues. | Complete |
| 6. | 7 | The system must have the ability to update the adjudication level for remuneration if the determination holds the claimant ineligible and weeks were paid during the period of ineligibility. | Complete |
| 7. | 8 | The system must have the ability to prevent duplicate issues (same claimant, same issue code, same time period, same employer, same separation date) from being opened/saved. | Complete |
| 8. | 9 | If an issue is established, the system will determine whether to place the necessary holds on payment based on business rules. | Complete |
| 9. | 10 | The system must have the ability to open issues at the fact finding level. | Complete |
| 10. | 11 | The system will generate a claimant fact finding questionnaire(s) to issues opened independent of the claims filing or certification processes with questions specific to the issue that was created. | Complete |
| 11. | 12 | The system will generate an employer fact finding questionnaire(s) to issues opened independent of the claims filing or certification processes with questions specific to the issue that was created attached to the involved employer. | Complete |



| State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |
|---|---|

| Requirement Status: | | | |
|---|---|---|---|
| 12. | 13 | The system must allow staff to manually select specific known parties to receive fact-finding questionnaires. | Complete |
| 13. | 14 | The System must allow rebuttal/follow up statements. | Complete |
| 14. | 15 | <mark>The system must have the ability to automatically generate supplemental forms in relation to an issue based on the fact finding code for the issue.</mark> | Complete |
| 15. | 16 | The system must have the ability for staff to manually generate supplemental forms in relation to an issue. | Complete |
| 16. | 17 | The system must have the ability to associate supplemental forms with the open issue. | Complete |
| 17. | 18 | The system must have the ability to track the status of an issue. Sample statuses may include Opened, Closed, Deleted, Awaiting Fact Finding, Under Review. | Complete |
| 18. | 19 | If the issue code is one which requires rework to satisfy a disqualification, the system must have the ability to automatically calculate the amount of earnings required to satisfy the rework amount. | Complete |
| 19. | 20 | If the issue code is one which requires weeks and amount of earnings to requalify for benefits, the system must have the ability to identify the number of weeks and amount of earnings required. | Complete |
| 20. | 21 | The system must have the ability to determine if rework has been satisfied by subsequent employment for separation issues. | Complete |
| 21. | 22 | The system will have the ability to automatically create a multi-claimant issue based on business rules. | Complete |
| 22. | 24 | The System must determine the duration of the issue. (start and stop dates of disq/ineligibility) | Complete |
| 23. | 28 | System must notify Business User to initiate investigation of a potential labor dispute. | Complete |
| 24. | 29 | System must allow Business User to enter obtained data on labor dispute, contact information for union(s) involved in labor dispute and other labor dispute information. | Complete |
| 25. | 33 | System must upload data received from Employer(s) and/or Union(s) on participating workers involved in a | Complete |



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

## Requirement Status:

| | | | |
|---|---|---|---|
| | | labor dispute. | |
| 26. | 41 | The system will determine what parties need to receive a fact-finding questionnaire, based on business rules. | Complete |
| 27. | 42 | The system must allow the business user to view the completed fact finding questionnaires based on the issue and fact finding code | Complete |
| 28. | 44 | The system should display the reasoning for the decision, conclusionary statement and citation of law based on issue and fact finding code | Complete |
| 29. | 45 | Each nonmonetary determination record must include the following information: employer (if employer is attached to the issue), the claim and program under which the determination is made, the result of the determination, the issue and fact finding code, the section of the law, the beginning date of the disqualification, the end date of the disqualification if not indefinite, the date the determination was issued and the adjudicator (could be system generated) who closed the issue. | Complete |
| 30. | 46 | The system must provide the ability for staff to update the issue code/fact finding code, employer attached to the issue as part of the adjudication process. | Complete |
| 31. | 47 | The system must have the ability to automatically update the status of an issue once a determination has been made. | Complete |
| 32. | 51 | If a determination results in a overpayment, the system will require a determination on fraud/non-fraud, based on business rules. | Complete |
| 33. | 52 | The system must have the ability to issue a single notice with multiple nonmonetary determinations based on business rules (e.g., separation issue/overpayment/fraud). | Complete |
| 34. | 54 | The system must have the ability for staff to delete an issue if determined that no issue exists. | Complete |
| 35. | 55 | The system must have the ability to track all deleted issues and identify the staff responsible for deletion and the reason for deletion. | Complete |
| 36. | 58 | The system must have the ability to automatically | Complete |



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |
|---|---|---|

## Requirement Status:

| # | | Requirement | Status |
|---|---|---|---|
| | | generate a nonmonetary determination to all interested parties attached to the issue. | |
| 37. | 59 | The system must have the ability for staff to generate a copy of the nonmonetary determination to other interested parties. | Complete |
| 38. | 60 | The system must have the ability to generate reprints of nonmonetary determinations to all interested parties. | Complete |
| 39. | 61 | The system must have the ability to enter and store the mail date of the nonmonetary determination, how it was generated and an image of the determination at the point in which the determination is mailed. | Complete |
| 40. | 62 | Defined denial periods will be based on existing business rules. | Complete |
| 41. | 70 | The System must have the ability to automatically adjudicate issues without staff intervention. | Complete |
| 42. | 71 | The System must allow a Business User to reconsider a determination. | Complete |
| 43. | 72 | The System must allow the Business User to correct a determination. | Complete |
| 44. | 73 | If the system identifies more than one possible match among existing completed master releases, the system will require a user to indicate which master release applies to the issue. | Complete |
| 45. | 74 | The System must allow the Business User to generate System predefined determination reasoning. | Complete |
| 46. | New-001 | Parties completing fact finding questionnaire online must be able to attach supporting documents. | Complete |
| 47. | New-004 | The system will associate each issue with one claimant | Complete |
| 48. | New-013 | The system will use business rules to determine whether the issue can be opened based on age of the claim. | Complete |
| 49. | New-014 | The system must provide staff with the ability to open issues. | Complete |
| 50. | New-015 | When an issue is closed, the system will automatically | Complete |

February 19, 2010
©2020 CSG

Page 5

CSG

All rights reserved, and subject to any and all contractual restrictions.



| | | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |
|---|---|---|---|
| **Requirement Status:** | | | |
| | | attach the correct program type to the issue. | |
| 51. | New-018 | The system must provide the ability for staff to generate follow-up fact finding questions. | Complete |
| 52. | New-020 | The system will use business rules, based on fact finding code, to determine what questions need to be asked on fact-finding questionnaires. | Complete |
| 53. | New-029 | The system must not allow an issue to be closed without providing all parties appropriate time to respond (appropriate time will be configurable). | Complete |
| 54. | New-031 | If no parties have responded to the fact finding questionnaires by the expiration of the deadline, then the system will issue the determination based on existing information. | Complete |
| 55. | New-044 | The system must not allow an issue to bypass redetermination and go straight to appeal unless all interested parties have consented. | Complete |
| 56. | New-045 | The system must have the ability to delete an issue if fact finding information indicates no issue exists. | Complete |
| 57. | New-047 | If an issue is deleted, any open manual work items relating to the issue need to be cancelled. | Complete |
| 58. | New-048 | If a monetary redetermination is denied after a non-monetary issue has been opened, then the system will evaluate business rules to determine whether to delete any open non-monetary issues. | Complete |
| 59. | New-051 | The system will allow users to indicate that the issue should be referred to fraud for investigation and if so, create a work item (for the fraud unit). | Complete |
| 60. | New-054 | The system will allow a business user to review the facts of the case and decide whether a multi-claimant issue exists and if so, create a work item (for the multi-unit). | Complete |
| 61. | New-064 | The system will use business rules (based on the fact-finding code and what fact-finding information is still insufficient or incomplete) to determine what additional information is required and generate request for additional information. | Complete |
| 62. | New-065 | The system must provide the ability for staff to generate | Complete |



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |
|---|---|---|

**Requirement Status:**

| | | | |
|---|---|---|---|
| | | requests for additional information for fact-finding issues. | |
| 63. | New-076 | If a redetermination is being issued, the system will use business rules to decide whether the result of the redetermination is Affirm, Reverse, or Modify, based on comparison to the previous determination. | Complete |
| 64. | New-078 | If the issue is covered by a master release, then the system will use the result specified by the release when adjudicating the issue. | Complete |
| 65. | New-080 | The system must have the ability to determine fraud penalties, based on business rules for the fraud issue being adjudicated. | Complete |
| 66. | New-090 | The system will allow a user to modify the predefined determination reasoning. | Complete |
| 67. | New-104 | If a non-monetary determination is issued which results in the reduction of weeks of entitlement or in a denied claim, the system will reduce entitlement on the claim. | Complete |
| 68. | New-105 | If a determination is made that results in a claim employer's reported wages being removed from the claim due to non-covered employment, the system will recompute monetary entitlement on the claim. | Complete |
| 69. | New-106 | The system must be able to transfer wages (for charging/non-charging purposes) from one employer to another if a claimant is not disqualified for benefits based on a quit to accept recall or new employers (based on business rules). | Complete |
| 70. | New-117 | The system will allow a user to create a new multi-claimant issue even if no associated claimants yet exist. | Complete |
| 71. | New-118 | The system must allow external users (i.e. employers, third party administrators) to submit a file of employees related to a master release. | Complete |
| 72. | New-119 | The system must allow users to generate correspondence to academic institutions to request information regarding school breaks. | Complete |
| 73. | New-120 | The system will allow representatives of schools to enter information about their yearly calendar. | Complete |
| 74. | New-125 | The system will create a multi-claimant release, | Complete |



| | | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

## Requirement Status:

| | | consisting of the decision and the relevant circumstances and facts. | |
|---|---|---|---|
| 75. | New-126 | When a master release is created the system must create a work item to identify all open issues associated with the multi-claimant issue. | Complete |
| 76. | New-134 | The system will allow for multiple redeterminations to be issued on a single non-monetary issue. | Complete |
| 77. | New-141 | The system must allow a user to determine if a late protest/appeal will be allowed. | Complete |
| 78. | New-150 | The system will use business rules to determine whether the criteria for referral to the fraud investigation unit have been met and if so, create a work item (for the fraud unit). | Complete |
| 79. | New-162 | The system must have the ability to automatically generate payment if an issue is closed and the claimant is found not disqualified or not ineligible and there are no other holds on the weeks payable. | Complete |
| 80. | New-163 | The System must determine if a week is affected by a determination. | Complete |
| 81. | New-164 | If information regarding pension information is received after the initial Monetary Determination has been created, a new non-monetary issue will be created. | Complete |
| 82. | New-165 | In the case of fraud, the system must allow for the termination of a benefit year. | Complete |
| 83. | New-166 | When a determination is issued, the system must determine if the chargeable employers will be relieved of charges. | Complete |
| 84. | New-167 | The system will not allow a multi-claimant issue to be adjudicated unless the determination is based on a valid master release. | Complete |

## Additions/Changes/Deletions:

| Item # | ID | Description | Comment: |
|---|---|---|---|
| | | NONE REMAIN | |



All rights reserved, and subject to any and all contractual restrictions.



| | State of Michigan | UI SYSTEM Integration Project |
| --- | --- | --- |
| | UNEMPLOYMENT INSURANCE AGENCY | |
| | DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | Requirement Session Minutes |

### Process Flow Status

| Item # | ID | Description | Comment: |
| --- | --- | --- | --- |
| 1. | 2.1.0 | Non-Monetary Determinations – High-level Flow | Complete after final review 4/13. |
| 2. | 2.1.1 | Non-Monetary Determinations – Create Issue | Complete after final review 4/13. |
| 3. | 2.1.2 | Non-Monetary Determinations – Send Fact Finding | Complete after final review 4/13. |
| 4. | 2.1.3 | Non-Monetary Determinations – Receive Fact Finding | Complete after final review 4/13. |
| 5. | 2.1.4 | Non-Monetary Determinations – Review Fact Finding | Complete after final review 4/20. |
| 6. | 2.1.5 | Non-Monetary Determinations – Issue Determination | Complete after final review 4/13. |
| 7. | 2.1.6 | Non-Monetary Determinations – Post-Determination Processing | Complete after final review 4/15. |
| 8. | 2.1.7 | Non-Monetary Determinations – Create Multi-Claimant Release | Complete after final review 4/20. |

### Narrative Status:

| Item # | ID | Description | Comment: |
| --- | --- | --- | --- |
| 1. | 1 | Narrative for Non-Monetary drafted by Jocelyn, revised by David, reviewed by Seth (supervisor) and Carla (peer). Now complete | Complete as of June 4. |

### Cross Function Issues:

| Item # | ID Description | Comment: |
| --- | --- | --- |
| 1. | New-005 The system will open a non-monetary issue based on answers to the Eligibility Review Program, questions based on business rules. | Move to Claimant Maintenance, per e-mail on 4/20 from Seth. |
| 2. | New-007 The system will open a non-monetary issue for special programs based on business rules evaluated during review of special program | Move to Special Programs, per e-mail on 4/20 from Seth. |

February 19, 2010　　　　　　　　　　Page 9　　　　　　　　　　
©2020 CSG

All rights reserved, and subject to any and all contractual restrictions.



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

**Cross Function Issues:**

| | | |
|---|---|---|
| | documentation and/or data. | |
| 3. | New-009<br>The System must create an issue if the claimant fails to participate in a required reemployment program (a.k.a. profiling) as directed. | Move to Claimant Maintenance, per e-mail on 4/20 from Seth. |
| 4. | New-011<br>If the claimant is filing a claim or certifying online and their responses trigger business rules indicating that a non-monetary issue needs to be opened, the system will present the fact-finding questions to them in the course of their current session. | Move to Claims. Move to Certification. Per e-mail on 4/20 from Seth. |
| 5. | New-012<br>The system will generate a report breaking down the number of open issues by issue code, adjudication level, status, and age of the issue. | Move to Reports, per e-mail on 4/20 from Seth. |
| 6. | 38<br>System must maintain a history (including who made the change) of all activities, levels, issue codes, fact-finding (both questions sent and responses received), (re)determinations, penalties. | Move to General – Audit, per e-mail on 4/20 from Seth. |
| 7. | 40<br>The system must create an issue if the claimant fails to register with Michigan Works Agency. | Move to Certification, per e-mail on 4/20 from Seth. |
| 8. | 75<br>The system must allow a administrative user to maintain the issue and fact finding codes | Move to General – Administrative Utilities, per e-mail on 4/20 from Seth. |
| 9. | 76<br>The system must allow a administrative user to maintain the fact finding questions | Move to General – Administrative Utilities, per e-mail on 4/20 from Seth. |
| 10. | 77<br>The system must allow a administrative user to maintain the system determination logic by issue and fact finding code | Move to General – Administrative Utilities, per e-mail on 4/20 from Seth. |
| 11. | 78<br>The system must allow a administrative user to maintain the determination language by issue and fact finding code | Move to General – Administrative Utilities, per e-mail on 4/20 from Seth. |
| 12. | 63<br>The system must have the ability to recalculate the monetary entitlement to exclude wages for defined periods of time based on | Identified in baseline as to be moved to Monetary. Non-Mon SME's concurred |





| | State of Michigan | UI SYSTEM Integration Project |
|---|---|---|
| | UNEMPLOYMENT INSURANCE AGENCY | Requirement Session Minutes |
| | DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | |

**Cross Function Issues:**

| | | | |
|---|---|---|---|
| | | certain types of employment: | on 4/22. |
| 13. | 64 | Professional athletes – if the claimant is defined as a professional athlete, no base period employment can be used to calculate the monetary entitlement during the defined period. | Identified in baseline as to be moved to Monetary. Non-Mon SME's concurred on 4/22. |
| 14. | 65 | Employees of public or nonprofit educational institutions – if the claimant is defined as an employee of public or nonprofit educational institutions, wages earned as an employee of educational institutions cannot be used to calculate the monetary entitlement during the defined period. | Identified in baseline as to be moved to Monetary. Non-Mon SME's concurred on 4/22. |
| 15. | 66 | School Crossing Guards – if the claimant is defined as school crossing guard, wages earned as a school crossing guard cannot be used to calculate the monetary entitlement during the defined period. | Identified in baseline as to be moved to Monetary. Non-Mon SME's concurred on 4/22. |
| 16. | 67 | School Bus Drivers – if the claimant is defined as school bus driver, wages earned as a school bus driver cannot be used to calculate the monetary entitlement during the defined period. | Identified in baseline as to be moved to Monetary. Non-Mon SME's concurred on 4/22. |
| 17. | 68 | Employees of Educational Service Agencies – if the claimant is defined as an employee of an educational service agency, wages earned as an employee of the educational service agency cannot be used to calculate the monetary entitlement during the defined period. | Identified in baseline as to be moved to Monetary. Non-Mon SME's concurred on 4/22. |
| 18. | 69 | Employees of Seasonal Employers – if the claimant is defined as a seasonal employee, wages earned with the seasonal employer cannot be used to calculate the monetary entitlement during the defined period. | Identified in baseline as to be moved to Monetary. Non-Mon SME's concurred on 4/22. |
| 19. | 49 | The system must have the ability to automatically establish restitution for weeks paid during the period of disqualification or ineligibility if the claimant is found disqualified or ineligible. The restitution will be inactive until all protest periods/appeals have expired. | Identified in baseline as to be moved to Overpayments. Non-Mon SME's concurred on 4/22. |
| 20. | 50 | The System must determine if a week affected by a determination is pending or must be adjusted. | Identified in baseline as to be moved to Payments. Non-Mon SME's concurred on 4/22. |



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

### Cross Function Issues:

| | | |
|---|---|---|
| 21. | **New-104**<br>If a non-monetary determination is issued which results in the reduction of weeks of entitlement or in a denied claim, the system will reduce entitlement on the claim. | Cross-reference between MonDet and NonMon (initially identified by MonDet). Accepted by NonMon 4/22. |
| 22. | **New-105**<br>If a determination is made that results in a claim employer's reported wages being removed from the claim due to non-covered employment, the system will ecomputed monetary entitlement on the claim. | Cross-reference between MonDet and NonMon (initially identified by MonDet). Accepted by NonMon 4/22. |
| 23. | **New-106**<br>The system must be able to transfer wages (for charging/non-charging purposes) from one employer to another if a claimant is not disqualified for benefits based on a quit to accept recall or new employers (based on business rules). | Cross-reference between MonDet and NonMon (initially identified by MonDet). Accepted by NonMon 4/22. |
| 24. | **48**<br>The system must have the ability to automatically generate payment if an issue is closed and the claimant is found not disqualified or not ineligible and there are no other holds on the weeks payable. | Identified in baseline as to be moved to Payments. Non-Mon SME's concurred on 4/22. |
| 25. | **9**<br>If an issue is established, the system will determine whether to place the necessary holds on payment based on business rules. | Cross-reference to Payments.<br>Approved by oversight in e-mail from Jim 5/12. |
| 26. | **12**<br>The system will generate an employer fact finding questionnaire(s) to issues opened independent of the claims filing or certification processes with questions specific to the issue that was created attached to the involved employer. | Cross-reference to Correspondence.<br>Approved by oversight in e-mail from Jim 5/12. |
| 27. | **New-047**<br>If an issue is deleted, any open manual work items relating to the issue need to be cancelled. | Cross-reference to Workflow.<br>Approved by oversight in e-mail from Jim 5/12. |
| 28. | **New-048**<br>If a monetary redetermination is denied after a non-monetary issue has been opened, then the system will evaluate business rules to determine whether to delete any open non-monetary issues. | Cross-reference to Monetary Determinations.<br>Approved by oversight in e-mail from Jim 5/12. |
| 29. | **New-150**<br>The system will use business rules to determine whether the criteria for referral to the fraud investigation unit have been met and if so, create a | Cross-reference to Workflow.<br>Approved by oversight in |

All rights reserved, and subject to any and all contractual restrictions.



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |
|---|---|---|

**Cross Function Issues:**

| | | |
|---|---|---|
| | work item (for the fraud unit). | e-mail from Jim 5/12. |
| 30. | New-051<br><br>The system will allow users to indicate that the issue should be referred to fraud for investigation and if so, create a work item (for the fraud unit). | Cross-reference to Workflow.<br>Approved by oversight in e-mail from Jim 5/12. |
| 31. | New-054<br><br>The system will allow a business user to review the facts of the case and decide whether a multi-claimant issue exists and if so, create a work item (for the multi-unit). | Cross-reference to Workflow.<br>Approved by oversight in e-mail from Jim 5/12. |
| 32. | New-064<br><br>The system will use business rules (based on the fact-finding code and what fact-finding information is still insufficient or incomplete) to determine what additional information is required and generate request for additional information. | Cross-reference to Correspondence.<br>Approved by oversight in e-mail from Jim 5/12. |
| 33. | 4<br><br>The system must determine the issue and circumstance based on information collected on the issue. (e.g., if issue code is 'Misconduct', user must be able to indicate the circumstance such as poor performance or violation of company policy). | Cross-reference to Claims and Certification.<br>Approved by oversight in e-mail from Jim 5/12. |
| 34. | 11<br><br>The system will generate a claimant fact finding questionnaire(s) to issues opened independent of the claims filing or certification processes with questions specific to the issue that was created. | Cross-reference to Correspondence.<br>Indicated in initial baselined requirements. |
| 35. | 61<br><br>The system must have the ability to enter and store the mail date of the nonmonetary determination, how it was generated and an image of the determination at the point in which the determination is mailed. | Cross-reference to Correspondence and General.<br>Indicated in initial baselined requirements. |
| 36. | 25<br><br>The system must determine if an Employer/Claimant protest is timely. | Cross-reference to Appeals/Protests.<br>Indicated in initial baselined requirements. |
| 37. | New-117<br><br>The system will allow a user to create a new multi-claimant issue even if no associated claimants yet exist. | Cross-reference to Claims.<br>Approved by oversight 5/27. |
| 38. | New-119<br><br>The system must allow users to generate correspondence to academic | Cross-reference to Correspondence. |

February 19, 2010　　　　　　　　　　　Page 13　　　　　　　　　　　　　CSG
©2020 CSG

All rights reserved, and subject to any and all contractual restrictions.



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

### Cross Function Issues:

| | | | |
|---|---|---|---|
| | | institutions to request information regarding school breaks. | Approved by oversight 5/27. |
| 39. | | New-120<br>The system will allow representatives of schools to enter information about their yearly calendar. | Cross-reference to Employer Maintenance. Approved by oversight 5/27. |
| 40. | | New-126<br>When a master release is created the system must create a work item to identify all open issues associated with the multi-claimant issue. | Cross-reference to Workflow. Approved by oversight 5/27. |
| 41. | | New-065<br>The system must provide the ability for staff to generate requests for additional information for fact-finding issues. | Cross-reference to Correspondence. Cross-ref approved 5/12, wording of requirement change approved 5/27. |
| 42. | | New-080<br>The system must have the ability to determine fraud penalties, based on business rules for the fraud issue being adjudicated. | Cross-reference to Overpayments. Approved by oversight 5/27. |

### Parking Lot Items:

| Item # | ID<br>Description | Comment: |
|---|---|---|
| 1. | When we get to discussing "Post-Determination Processing," we need to make sure to address "Redeterminations" | DONE 4/13 |
| 2. | There have been past discussions about adding a new result of "Partially Ineligible" or "PIN". Is it simpler to do that or to keep the existing four results but allow for penalties to be associated with a result of "Not Ineligible" or "NIN"? | Does not need to be addressed until detailed requirements. |

### Action Items

| Item # | Description | Assign to: | Targeted Completion Date |
|---|---|---|---|
| 1. | Define "Redeterminations" | Jocelyn | 4/5/10<br>CLOSED. Incorporated in process flows and reqs. |
| 2. | Review process charts created based on April 1 | David | 4/5/10 |





| | State of Michigan |
|---|---|
| | UNEMPLOYMENT INSURANCE AGENCY |
| | DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH |

UI SYSTEM Integration Project
Requirement Session Minutes

## Action Items

| | | | |
|---|---|---|---|
| | meeting and identify any additional cross-functional issues | | CLOSED |
| 3. | Work with QA - Cross-Match team to define framework for identifying cross-match exceptions and simplifying creation of non-mon issues | Jocelyn | 4/8/10 CLOSED (see cross-functional issue 9) |
| 4. | Determine process for reviewing/signing-off intermediate deliverables (such as high-level process flows) | David | 4/8/10 CLOSED – will be handled later. |
| 5. | Determine where to put (and how to update) a project wide glossary and key to abbreviations. | David | 4/9/10 CLOSED – posted on TeamCSG Portal. |
| 6. | The multi-claimant group today issues "releases" which are essentially templates for determinations that can be used any time a determination is required on the same set of facts. Is there any reason to preserve this concept of releases, or would it suffice to make a determination and then be able to use an existing determination if additional claims come up with the same set of facts? UPDATE 4/14 - Need to preserve "releases". David and Jocelyn will work with Shirley S. to define process for creating multi-claimant releases. Once that's done, we'll review existing Non-Mon flows to make sure they fit together. | Jocelyn | 4/20/10 CLOSED – added process 2.1.7 to handle creating releases, added appropriate other requirements |
| 7. | How will we document status transitions? | David | 4/20/10 CLOSED – per discussion with Jim, requirements will introduce concept of status, and there may be some business rules that use status, but we won't identify specific statuses now. |
| 8. | Is there a legal need to keep companion issues, with all the implications that linked issues bring along? | Jocelyn | 4/22/10 CLOSED. Per feedback from Sue, there is no legal need. 4/26 session will identify what changes need to be made to our requirements. |
| 9. | Make sure claims area handles alien registration number check against Homeland Security. | David | Originally identified 4/1. CLOSED. |

February 19, 2010
©2020 CSG

Page 15



All rights reserved, and subject to any and all contractual restrictions.

| | | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | | UI SYSTEM Integration Project<br>Requirement Session Minutes |
|---|---|---|---|---|

### Action Items

| | | | | |
|---|---|---|---|---|
| | | Need to handle variations depending on whether response comes back in a timely manner, and whether response is that number is good or bad. | | Per Jim on 4/22, Claims has this covered. |
| | 10. | Non-mon team hopes that claims area will be able to prevent creating issues on claims that are denied.<br>Currently, a non-mon staffer has to manually delete issues, working against a report of denied claims. | David | Originally identified 4/1.<br>CLOSED.<br>Per Jim on 4/22, Claims has this covered. |
| | 11. | Non-mon team hopes that claims area will be able to determine whether rework has been satisfied by comparing actual rework to rework required based on claimant's WBA (rather than maximum rework amount)<br>Currently, unnecessary non-mon issues are being opened when actual rework is greater than rework required based on claimant's WBA but less than maximum rework amount (and therefore rework requirement has really been satisfied). | David | Originally identified 4/1.<br>CLOSED.<br>Per Jim on 4/22, Claims has this covered. |
| | 12. | Correspondence (or possibly Employer Registration and Claims) needs to provide the ability for employers and claimants to indicate a preference for receiving communications online. | David | Originally identified 4/1.<br>CLOSED.<br>Per Jim on 4/22, Claimant and Employer Maintenance have this covered. |
| | 13. | Suggestion for Quarterly Reporting (Wage and Tax) – to capture separation information on employer's quarterly reports, and therefore have data available in UIA systems to accelerate review of some separation issues.<br>(Wish list item identified by Non-mon team.) | David | Originally identified 4/1.<br>CLOSED.<br>Per Jim on 4/22, Quarterly Reporting should cover this. David e-mailed Kathy to make sure it's included. |
| | 14. | Multiple other areas need the ability to create non-mon issues – in particular: Claims, Certification, Protests/Appeals. Claims and Certifications opening non-mon issues will be based on business rules. Protests/Appeals resulting in new non-mon issues will require a manual review. | David | Originally identified 4/6.<br>CLOSED.<br>Covered in requirements. |
| | 15. | We are assuming that the Claims area will create a single issue in case of a multi-claimant issue. In other words, Claims will only pass to Non-Mon a single issue, whether it relates to one claimant or | David | Originally identified 4/6.<br>CLOSED.<br>Covered in requirements. |



All rights reserved, and subject to any and all contractual restrictions.

|  | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | UI SYSTEM Integration Project<br>Requirement Session Minutes |

## Action Items

|  |  |  |  |
|---|---|---|---|
|  | multiple claimants. |  |  |
| 16. | Clearly we need the functionality for an external party responding to a fact-finding questionnaire to be able to complete the questionnaire online. How should we document this?<br><br>My recommendation is that the primary requirement (which I think should be placed in Non-Mons, since that owns the generation and receipt of fact-finding) should be that the system must allow external parties to complete fact-finding questionnaires onlines.<br><br>Secondary requirements, which would be in other functional areas but cross-reference to non-mon, could be things like: As part of the claims process, a claimant must be able to complete online any fact-finding questionnaires generated as a result of any non-monetary issues raised by the circumstances of their claim. | David | Originally identified in discussions 4/7.<br>CLOSED.<br>Covered in requirements. |
| 17. | In debriefing with Jocelyn after April 7 cross-matching session, it sounds like there's some overlap between how the cross-matching group sees its functionality and how the Non-Mon group has defined its process. Today, the cross-matching group performs the same functions that we envision as part of Non-Mon (including opening the issue, fact finding, reviewing fact finding, issuing determination and redetermination), but they are much more manual today than the mainstream non-mon process. | David | (Generated as a result of Action Item 3). Discussion on 4/9 made clear that a meeting involving both groups needs to happen. CLOSED.<br>Several follow-up discussions have resolved that:<br>Cross-matching is responsible for identifying the issue, but then it is handed off to non-mon process for fact-finding and adjudication. Workflow will have to handle making sure that the right group of people handles any issues that are raised by cross-matching. |
| 18. | Once non-mon has been adjudicated, claims and payment should take over automatically. | David | Originally identified in 4/8 session. CLOSED. Per Jim on 4/22, we have documented this adequately and it is consistent with how functions are each handling their piece. |
| 19. | How do we want to handle the question of | David | Originally identified in 4/8 session. |



| | State of Michigan<br>UNEMPLOYMENT INSURANCE AGENCY<br>DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | | UI SYSTEM Integration Project<br>Requirement Session Minutes |
|---|---|---|---|

## Action Items

| # | | | |
|---|---|---|---|
| | whether workflow should be push or pull? Is there a global decision, or does each process make its own decision? Or is this just something we're not worrying about now? | | CLOSED.<br>Resolved in 4/9 cross-functional discussion – it will be determined later and by workflow group. |
| 20. | Currently some portion of payments fail for various reasons (e.g., wrong employer account number used, old flag not cleared, indefinite stop on a previous claim). Does the payments area need to include a way to deal with these failures proactively? Or does some other group need to add such functionality? | David | Originally identified in 4/8 session.<br>CLOSED. Per Jim on 4/22, we can be confident that the new system will solve the underlying data issues that allow problems like this to happen in the first place. |
| 21. | Do we need to create requirements for a global view of the history around a claim and all the associated issues, protests, and appeals? Or is some other functional group doing this? Or is it going to be handled later, in detailed requirements? | David | Originally identified in 4/13 session.<br>CLOSED.<br>Per Jim on 4/22, Claimant Maintenance has this covered. |
| 22. | Does the "correspondence" functional group handle evaluating all inbound communications? If not, where is the handoff to other functional areas? | David | Originally identified in 4/13 session.<br>CLOSED.<br>Per Jim on 4/22, Correspondence has this covered. |
| 23. | Question for the group that will be covering fraud: Under the current process, when an issue is referred to the fraud unit for further investigation, the existing issue is deleted (it seems this is largely to keep the backlog reports clean). From the non-mon team's perspective, it would be desirable to keep the issue open as long as some flag can be set to exclude it from backlog reports. Is there any reason that the fraud team would object to leaving the original issue open? | David | Originally identified in 4/13 session.<br>CLOSED<br>Per e-mail from Todd Kangas on 4/21, there is no business requirement to delete the issue. Therefore we will move forward assuming issue remains open. Confirmed in e-mail from Sue Easton 4/26. Any more details to be covered in detailed requirements. |
| 24. | Question – Will the Correspondence function (or some other function than Non-Mon) review all inbound communications and be able to determine that an item received is a protest of an existing Non-Mon? What requirements do we need to cover for this case? | David | Originally raised 4/15.<br>CLOSED.<br>Duplicate of 22 above (covered by Correspondence). |



| | State of Michigan | UI SYSTEM Integration Project |
|---|---|---|
| | UNEMPLOYMENT INSURANCE AGENCY | Requirement Session Minutes |
| | DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH | |

## Action Items

| | | | |
|---|---|---|---|
| 25. | Will the Claims area handle reviewing requests for Preservation of Benefit Entitlement (PBE) when there is no existing claim? | Jocelyn | Originally raised 4/20. CLOSED. Per e-mail from Carla, Claimant Maintenance will handle this. |
| 26. | Is it desirable to have the multi-claimant unit do additional follow-up if responses to fact-finding are not received within the 10 day deadline? Or should they be treated like other issues? | Jocelyn | Originally raised 4/20. CLOSED. Based on e-mail from Anita Friday, this is necessary. Based on discussions with Jim Mahony (and requirements for using business rules to manage deadlines), no additional requirements are required. |
| 27. | The current practice is that issues are deleted when they are sent to the fraud investigation unit. Is that desirable in the new system? There was some discussion of this when Clay was in our sessions last week, but we didn't document any resolution. | Jocelyn | Originally raised 4/20. CLOSED. Duplicate of 23 (see above). |
| 28. | Do we need to document a requirement for spell-checking (in particular, relating to completing the free basis for the determination)? | David | Originally raised 4/22. CLOSED. Per Jim on 4/23, we can assume this will be a piece of functionality covered by General requirements. |
| 29. | If the result of a non-mon determination concludes that the benefit year needs to be terminated (in a case of fraud), which piece of the system will be responsible for determining whether a new claim can be established (for example, if there is new income from quarters after the terminated year)? | David | Originally raised 4/22. CLOSED. Per Jim on 4/23, we should create a new requirement to address this within Non-Mon. |

## Next Steps:

| Item # | Description | Comment: |
|---|---|---|
| 1. | Complete narratives | Done |
| 2. | Incorporate any feedback from oversight group into requirements | Done |



All rights reserved, and subject to any and all contractual restrictions.