UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JO CAHOO, et al.,

    Plaintiffs,

v.

SAS INSTITUTE, INC., et al.,

    Defendants.

No. 17-10657

Hon. David M. Lawson

Mag. R. Steven Whalen

_____/

**DEFENDANT STEPHEN GESKEY, SHEMIN BLUNDELL, DORIS MITCHELL, DEBRA SINGLETON, AND SHARON MOFFETT-MASSEY'S SUPPLEMENTAL SUMMARY JUDGMENT EXHIBITS**

    Defendants Stephen Geskey, Shemin Blundell, Doris Mitchell, Debra Singleton, and Sharon Moffett-Massey, by and through their attorneys, submit the attached supplemental exhibits in support of their Motion for Summary Judgment. (Doc. 423.) In preparing for the upcoming hearing on the Motion for Summary Judgment, defense counsel noticed pages cited in their brief which were inadvertently left out of the attached exhibits. These pages are as follows:

- Exhibit B, Mendyk Deposition Excerpt, p. 234;
- Exhibit H, Tierney Deposition Excerpt, p. 168;

- Exhibit J, Potter Deposition Excerpt, p. 168;

- Exhibit K, Moffett-Massey Deposition Excerpt, pp. 23–24, 103, 254, 258–260, 285–286, 317, 319–320, 366–367, 374;

- Exhibit L, Smith Deposition Excerpt, pp. 61–62;

- Exhibit P, Mendyk Benefit File, pp. 1469, 1477–1478, 1487, 1493, 1501, 1503;

- Exhibit Y, Blundell Deposition Excerpt, p. 34;

- Exhibit Z, Singleton Deposition Excerpt, pp. 20–22, 34, 40–44, 53, 55–56, 70–71, 106, 149;

- Exhibit BB, Mitchell Deposition Excerpt, pp. 21–23, 25, 31, 38–39, 44–45, 53–54, 78–100, 118.

                    Respectfully submitted,

                    Dana Nessel
                    Attorney General

                    /s/ *Debbie K. Taylor*
                    Debbie K. Taylor
                    Assistant Attorney General
                    Attorney for State Defendant
                    Sharon Moffett-Massey
                    Michigan Department of
                    Attorney General
                    Labor Division
                    3030 W. Grand Boulevard, Ste. 9-600
                    Detroit, MI 48202
                    Taylord8@michigan.gov
                    P59382


                    /s/ *Kimberly K. Pendrick*
                    Kimberly K. Pendrick
                    Assistant Attorney General
                    Attorney for State Defendants, Stephen Geskey, Shemin Blundell, Doris Mitchell, and Debra Singleton
                    Michigan Department of
                    Attorney General
                    Labor Division
                    3030 W. Grand Boulevard, Ste. 9-600
                    Detroit, MI 48202
                    pendrickk@michigan.gov
                    P60348

Dated:  December 21, 2020