UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTI JO CAHOO, KRISTEN
MENDYK, KHADIJA COLE,
and MICHELLE DAVISON,

        Plaintiffs,        Case Number 17-10657
v.        Honorable David M. Lawson

FAST ENTERPRISES, LLC and
CSG GOVERNMENT SOLUTIONS,

        Defendants.
_____/

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED AND ADJUDGED** that all claims by plaintiffs Patti Jo Cahoo, Kristen Mendyk, Khadija Cole, and Michelle Davison against defendant FAST Enterprises, LLC. in the amended complaint are **DISMISSED WITH PREJUDICE**. All parties shall bear their own costs and attorney's fees.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: January 17, 2024